| | |
|---|---|
| 1 | DANIEL J. BRODERICK, #89424 |
| | Federal Defender |
| 2 | MARC DAYS, CA Bar #184098 |
| | Assistant Federal Defenders |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorney for Defendant |
| 6 | JORGE LUIS CARDEN-REYNA |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:11-cr-00017 LJO |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE MOTIONS |
| | ) | SCHEDULE AND HEARING; [PROPOSED] |
| v. | ) | ORDER |
| | ) | |
| JORGE LUIS CARDEN-REYNA, | ) | Date: February 27, 2012 |
| | ) | Time: 8:30 AM |
| Defendant. | ) | Judge: Hon. Lawrence J. O'Neill |
| | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the motions hearing now set for February 21, 2012, **may be continued to February 27, 2012, at 8:30 A.M.**, and that a new motions schedule be set as follows:

| Event: | Present Date: | Requested New Date: |
|---|---|---|
| Motions Due | January 27, 2012 | February 3, 2012 |
| Responses Due | February 10, 2012 | February 17, 2012 |
| Hearing | February 21, 2012 - 8:30 A.M. | February 27, 2012 - 8:30 A.M. |

This continuance is requested by counsel for the defendant to allow additional time for investigation and preparation in order to file appropriate motions on behalf of defendant Carden-Reyna. Discovery in this matter is extensive and covers multiple years, states and investigations. There are a number of wiretaps and issues related to the wiretaps that require investigation and analysis in preparing an appropriate motion. The requested continuance will conserve time and resources for both counsel and the court. AUSA Kathleen Servatius has no objection to the requested continuance.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B), and that the interest of justice outweighs the interests of the public and the defendant in a speedy trial

BENJAMIN B. WAGNER
United States Attorney

DATED: January 26, 2012 By: /s/ Kathleen A. Servatius
KATHLEEN A. SERVATIUS
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Public Defender

DATED: January 26, 2012 By: /s/ Marc Days
MARC DAYS
Assistant Federal Defender
Attorneys for Defendant
Jorge Luis Carden-Reyna

## **O R D E R**

For the reasons set forth above, the continuance requested is granted for good cause and the Court finds the interest of justice outweighs the interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

**Dated:   January 26, 2012**          /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE