BENJAMIN B. WAGNER
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 498-7272

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:11-cr-17 LJO |
| Plaintiff, | ORDER EXTENDING TIME FOR FILING OF GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTIONS |
| v. | |
| JORGE REYNA, | |
| Defendants. | |

The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Kathleen A. Servatius, Assistant United States Attorney, and the defendant, by and through Marc Days, having stipulated and agreed that the government's opposition to the defendants' motions in this case be filed on or before February 27, 2012, and good cause appearing therefore, IT IS SO ORDERED.

**Dated:   February 24, 2012**             /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE

1