BENJAMIN B. WAGNER
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JORGE REYNA, et. al.,<br><br>Defendants. | 1:11-CR-017 LJO<br><br>ORDER GRANTING Request THAT GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION IN LIMINE AND TO SUPPRESS FEDERAL WIRETAP AND FRUITS DERIVED THEREFROM Be filed ***UNDER SEAL***<br><br>DATE: September 10, 2012<br>TIME: 11:00 a.m.<br>HONORABLE Lawrence J. O'Neill |

The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Kathleen A. Servatius, Assistant United States Attorney, having requested permission to file the Government's Opposition to Defendant's Motion in Limine and to Suppress Federal Wiretap and Fruits Derived Therefrom *under seal* until further order of the Court, good cause appearing therefore;

IT IS HEREBY ORDERED that the Government's Opposition to Defendant's Motion in Limine and to Suppress Federal Wiretap and Fruits Derived Therefrom shall be submitted to the Court *under seal* until further order of the Court.

IT IS SO ORDERED.

**Dated:   August 28, 2012**            /s/ Lawrence J. O'Neill
                    UNITED STATES DISTRICT JUDGE

1